UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INS. CO., <br><br> Interpleader, <br> vs. <br><br> RICHARD D. LACY, JR., et al., <br><br> Claimants. | No. 14 cv 51 EJM <br><br> ORDER |

This matter is before the court on the unresisted Report and Recommendation (R&R) of the Magistrate Judge, filed April 15, 2015. Accepted.

This is an interpleader action under Rule 22 F.R.Civ.P. Jurisdiction lies under 28 U.S.C. §§ 1331 and 1335(a).

The facts as pled in the interpleader complaint, and later found by the Magistrate Judge in the R&R, are that Minnesota Life Ins. Co. (MLIC) issued a life insurance policy on the life of Richard D. Lacy, Sr. (Decedent). Upon Decedent's death, one son and a grandson contested the distribution insofar as it called for a distribution to Jacob Lacy, alleging that Jacob Lacy killed their father and was thus disqualified from receiving any distribution. This court asked the Magistrate Judge to conduct a hearing into the facts and the proper recipient of the deposited funds, and file an R&R.

The Magistrate Judge conducted the hearing on April 8, 2015, and filed his R&R on April 15, 2015. The R&R is unresisted. The R&R finds there is insufficient

proof that Jacob Lacy intentionally and unjustifiably caused their father's death. Accordingly, Jacob is not disqualified from receiving his share of the insurance proceeds.

It is therefore

ORDERED

R&R accepted. Clerk shall distribute the remaining funds to Jacob Lacy.

May 19, 2015

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT